IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-444-jdp

v.

SAUK COUNTY JAIL ADMINISTRATOR,

    Defendant.

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/7/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |